UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| In Re: KEVAN HARRY GILMAN, Debtor, | Nos.  24-2249 |
| | D.C. No. 2:22-cv-04450-MWF |
| TAMMY R. PHILLIPS; TAMMY R. PHILLIPS, APLC, | Central District of California, Los Angeles |
| Plaintiffs - Appellants, | |
| v. | ORDER |
| AMY L. GOLDMAN, | |
| Defendant - Appellee. | |

Before:  BYBEE, IKUTA and FORREST, Circuit Judges.

There has been a sua sponte request for an en banc vote in this case. The parties are directed to file simultaneous briefs setting forth their respective positions on whether the matter should be heard en banc. The briefs shall not exceed fifteen pages or 4,200 words, and shall be filed within twenty-one (21) days of the filed date of this order.